DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BENTLEY JORDINE,**
Appellant,

v.

**MAXINE HYATT,**
Appellee.

No. 4D2023-2408

[August 15, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott R. Kerner, Judge; L.T. Case No. 502018CA013899XXXMB.

Ron Renzy of Sunshine Appeals, P.A., Coral Springs, for appellant.

Dedrick D. Straghn, Delray Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***